UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL E. MEGGINSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>CHIEF OF DEPARTMENT STUKES; HEAD OF OSIU CHIEF GLOVER; NEW YORK DEPARTMENT OF CORRECTION,<br><br>                    Defendants. | 21-CV-9761 (LTS)<br><br>CIVIL JUDGMENT |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Pursuant to the order issued November 24, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-9599 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 24, 2021
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge